UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| JOANNE SWEIS, | ) | No. 13 B 07839 |
| Debtor. | ) | |
| VERVE GLOBAL, INC. D/B/A PCCTI, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 13 A 00791 |
| JOANNE SWEIS, | ) | |
| Defendant. | ) | Honorable Janet S. Baer |

DEFAULT JUDGMENT ORDER

This matter comes before the Court on the motion for default judgment filed by Verve Global, Inc d/b/a PCCTI ("Plaintiff"). Plaintiff commenced the above-captioned adversary proceeding by filing a complaint on June 4, 2013 (the "Complaint"). Count I of the Complaint alleges that Plaintiff's claim, which has been reduced to a state court default judgment against Joanne Sweis ("Defendant"), arises from a debt that is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A). Alternatively, Count II of the Complaint alleges that Plaintiff's claim is non-dischargeable pursuant to 11 U.S.C. § 523(a)(6), while Count III of the Complaint alleges that Defendant should be denied a discharge pursuant to 11 U.S.C. § 727(a)(3). Defendant has failed to plead or otherwise respond to the adversary complaint as required by the Federal Rules of Bankruptcy Procedure. Based upon the foregoing, and for the reasons stated on the record at the hearing held on October 9, 2013,

IT IS HEREBY ORDERED:

1. Plaintiff's motion for default judgment is granted as to Count II of the Complaint and denied as to Counts I and III of the Complaint.
2. The $113,477.50 debt owed to Plaintiff is non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(4) and (a)(6).

Dated: October 9, 2013

Janet S. Baer

Janet S. Baer
United States Bankruptcy Judge